UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMMANUEL OBLENA,<br><br>    Plaintiff,<br><br>    v.<br><br>PEYVAND ZOHRABI, et al.,<br><br>    Defendants. | Case No. 20-cv-07016-PJH<br><br>**ORDER GRANTING MOTION TO DISMISS WITHOUT PREJUDICE**<br><br>Re: Dkt. No. 20 |

On January 15, 2021, defendants filed a motion to dismiss plaintiff's complaint in the above captioned action. Dkt. 20. Under Local Rule 7-3(a), plaintiff was required to file any opposition to defendants' motion by January 29, 2021. To date, plaintiff has not filed any such opposition.

The court reviewed defendants' motion. For the reasons argued by defendants, the court **GRANTS** the motion without prejudice. **By February 25, 2021**, plaintiff may file an amended complaint correcting the deficiencies identified by defendants in their motion. If plaintiff either fails to timely file an amended pleading or files an amended pleading that fails to cure all such deficiencies, the court will dismiss this action with prejudice.

**IT IS SO ORDERED.**

Dated: February 4, 2021

/s/ Phyllis J. Hamilton
PHYLLIS J. HAMILTON
United States District Judge