UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EMMANUEL OBLENA,

    Plaintiff,

    v.

PEYVAND ZOHRABI, et al.,

    Defendants.

Case No. 20-cv-07016-PJH

**ORDER PERMITTING PLAINTIFF ADDITIONAL TIME TO FILE HIS FIRST AMENDED COMPLAINT**

Re: Dkt. No. 24

The court is in receipt of plaintiff's administrative motion to change the deadline for filing an amended complaint. Dkt. 24. Good cause appearing, the court permits plaintiff until **Thursday, April 1, 2021** to file the subject amended complaint.

**IT IS SO ORDERED.**

Dated: February 24, 2021

/s/ Phyllis J. Hamilton
PHYLLIS J. HAMILTON
United States District Judge